STATE OF OREGON,
*Respondent,*

*v.*

GARY JAMES FRAZEY,
*Appellant.*

0307-33540; A124084

140 P3d 1146

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, for petition.

Before Linder, Presiding Judge, and Edmonds and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).